UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: O'Brien v. Kaiser Foundation Health Plan of Mid-Atlantic States, Inc. et al  
Civil No. PJM 14-190

DATE: April 27, 2015

* * *

Counsel for the Kaiser Defendants has contacted the Court on behalf of the parties to enquire about certain scheduling matters in advance of trial.

Counsel are advised that the Court will require a Pre-Trial Conference to be held in this case on a date no later than the end of June. The Court's availability is as follows: 4:45 PM on Wednesday, June 24th; Thursday, June 25th; Monday, June 29th; or Tuesday, June 30th. If counsel are unable to agree upon one of these dates/times, counsel should jointly contact chambers to schedule an alternative.

Counsel are further advised that any motions in limine must be filed by a date such that the reply brief for any such motion is due no later than three days before the Pre-Trial Conference. Counsel should consult Local Rule 105.1.2 for relevant filing deadlines. Counsel may also submit a consent motion setting alternative deadlines for responses and replies to motions in limine—again, provided that any reply brief shall be due no later than three days before the Pre-Trial Conference.

Finally, counsel are advised that all demonstrative exhibits must be disclosed to the other parties by 5:00 PM on Tuesday, July 7.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File