UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: O'Brien v. Kaiser Foundation Health Plan of Mid-Atlantic States, Inc. et al  
Civil No. PJM 14-190

DATE: June 4, 2015

* * *

As of the date of this Memorandum, four Defendants have filed four dispositive motions. *See* ECF Nos. 143, 146, 152, 153.

Counsel are advised that the Court will hold a hearing on these motions. Due to previously scheduled trials and hearings in other cases, the Court's availability is very limited in the next month. Accordingly, the hearing will be held on Monday, July 6. Counsel should jointly contact chambers to indicate whether a morning or afternoon hearing is preferred.

In light of this compressed timeline, all briefs in opposition to dispositive motions SHALL be filed by close of business on Monday, June 22. Reply briefs SHALL be filed by close of business on Tuesday, June 30.

Counsel are reminded that all motions in limine will be argued at the Pre-Trial Conference to be held on Monday, June 29.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File

___ FILED   ___ ENTERED  
___ LOGGED   ___ RECEIVED

JUN 4 2015

AT GREENBELT  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF MARYLAND  
BY_____ DEPUTY