UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: O'Brien v. Kaiser Foundation Health Plan of Mid-Atlantic States, Inc. et al
Civil No. PJM 14-190

DATE: June 15, 2015

* * *

With the beginning of the July trial looming, there are a number of matters that the Court wishes to address at this time.

First, the Court understands that the parties are scheduled to meet again for mediation on June 18. The Court needs to be advised immediately if a settlement is reached during this or any subsequent meeting. Otherwise, the Court and the Court's law clerk will have to dedicate significant time to prepare for the Pre-Trial Conference and the Motions Hearing for the Motions for Summary Judgment.

Second, as of the date of this Memorandum, eight motions in limine have been filed. In light of the number of motions that need to be resolved at the Monday, July 29 Pre-Trial Conference, the Court has cleared its schedule for the day. Counsel should jointly contact chambers to indicate whether a start time in the morning or afternoon is preferred.

Finally, counsel for Plaintiffs contacted chambers regarding Kaiser Foundation's Motion for Summary Judgment as to the Claim for Lack of Informed Consent, or, in the Alternative, Motion in Limine to Preclude Testimony of Plaintiffs' Experts on the Issue of Informed Consent. ECF No. 152. Although the Motion is styled as both a Motion for Summary Judgment as well as a Motion in Limine, for sake of efficiency, the Court will hear argument on ECF No. 152 in its entirety, e.g., the Motion for Summary Judgment and the Motion in Limine, on Monday, July 29 at the Pre-Trial Conference.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

JUN 15 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY